UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER EXNER, individually, and as Administrator of the Estate of John Jay Exner, Deceased, <br><br> Plaintiff, <br><br> -vs- <br><br> ROBERT F. EBEL, MANINDERJIT LAMBU SINGH, SCHNEIDER NATIONAL CARRIERS, INC., a Nevada Corporation, EAN HOLDINGS, LLC, a Delaware Limited Liability Company, <br><br> Defendants. | ) ) ) ) Case No. 1:24-cv-03136 ) ) ) ) Hon. Steven C. Seeger ) ) ) ) ) ) ) ) ) ) |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Amendment to the pleadings | N/A |
| Service of process on any "John Does" | N/A |
| Completion of Fact Discovery | September 15, 2025 |
| Disclosure of Plaintiff's Expert Report(s) | October 15, 2025 |
| Deposition of Plaintiff's Expert | November 17, 2025 |
| Disclosure of Defendant's Expert Report(s) | December 17, 2025 |
| Deposition of Defendant's Expert | January 20, 2026 |

| Dispositive Motions | February 20, 2026 |

Date: July 8, 2025

_____
Steven C. Seeger
United States District Judge