# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JENNIFER EXNER, individually, and as Administrator of the Estate of John Jay Exner, Deceased, | Case No. 1:24-cv-03136 |
| Plaintiff, | Hon. Judge Steven C. Seeger |
| v. | Magistrate Judge Albert Berry III |
| ROBERT F. EBEL, MANINDERJIT LAMBU SINGH, SCHNEIDER NATIONAL CARRIERS, INC., a Nevada Corporation, EAN HOLDINGS, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

### PLAINTIFF AND EAN HOLDINGS, LLC'S
### JOINT NOTICE OF SETTLEMENT

Plaintiff Jennifer Exner, individually, and as Administrator of the Estate of John Jay Exner, Deceased ("Plaintiff") and Defendant EAN Holdings, LLC ("EAN") (together, the "Parties"), by and through their undersigned counsel, file this Joint Notice of Settlement.

1. This case arises from a car accident that occurred on August 22, 2020. (Dkt. 1, ¶¶ 11-25.)

2. After voluntarily dismissing her case in April 2023 (*Exner v. Schneider Nat'l Carriers, Inc. et al.*, Case No. 1:22-cv-05275 at Dkt. 56), Plaintiff refiled claims against EAN and others on April 18, 2024. (Dkt. 1.)

3. EAN filed its Motion for Summary Judgment on July 14, 2025. (Dkt. 44.)

4. As of August 26, 2025, EAN's Motion for Summary Judgment was fully briefed. (Dkt. 56.)

1

5. Plaintiff and EAN have now reached a settlement in principle and will negotiate the terms of a settlement agreement.

6. Given EAN's pending Motion for Summary Judgment, the Parties desire to promptly notify the Court of their settlement.

WHEREFORE, the Parties submit this Notice of Settlement as between Plaintiff and EAN.

Dated: February 9, 2026

| | |
|---|---|
| */s/ Joseph Ryan (with permission)* | */s/ Stephanie Adamo* |
| Joseph Ryan | Jeffrey A. Soble |
| **GORDON GORDON & CENTRACCHIO, LLP** | Stephanie Adamo |
| 211 W. Wacker Dr., Suite 50 | Elysia A. Lampert |
| Chicago, IL 60606 | **FOLEY & LARDNER LLP** |
| Tel. (312) 332-5200 | 321 N. Clark St., Suite 3000 |
| j.ryan@ggclaw.com | Chicago, IL 60654 |
| | Tel. (312) 832-4500 |
| *Attorney for Plaintiff* | jsoble@foley.com |
| | sadamo@foley.com |
| | elampert@foley.com |
| | |
| | *Attorneys for EAN HOLDINGS, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I caused the foregoing **PLAINTIFF AND EAN HOLDINGS LLC'S JOINT NOTICE OF SETTLEMENT** to be served on all attorneys of record via the ECF system.

*/s/ Stephanie Adamo*
Stephanie Adamo