**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JENNIFER EXNER, individually, and as Administrator of the Estate of John Jay Exner, Deceased, | |
| Plaintiff, | Case No. 1:24-cv-03136 |
| v. | Hon. Judge Steven C. Seeger |
| ROBERT F. EBEL, MANINDERJIT LAMBU SINGH, SCHNEIDER NATIONAL CARRIERS, INC., a Nevada Corporation, EAN HOLDINGS, LLC, a Delaware Limited Liability Company, | Magistrate Albert Berry III |
| Defendants. | |

## JOINT STATUS REPORT

The parties have conferred and jointly submit this status report.  This is a wrongful death case arising out of a motor vehicle collision involving multiple vehicles. 19 fact depositions have been completed. Fact discovery is complete. Plaintiff has disclosed 3 experts witnesses who have also been deposed. Plaintiff and EAN HOLDINGS, LLC have reached a settlement agreement and a motion for a good faith finding is forthcoming. Defendants, MANINDERJIT LAMBU SINGH and SCHNEIDER NATIONAL CARRIERS, INC. have filed motions for summary judgment as to damages and liability. The remaining discovery deadlines which the parties are on track to timely complete are noted below:

> Disclosure of Defendants' Experts: April 3, 2026
> Depositions of Defendants' Experts: May 1, 2026

*/s/Joe Ryan*
Joseph G. Ryan
GORDON, GORDON & CENTRACCHIO, LLP
211 W. Wacker Dr., Suite 550
Chicago, IL 60602
Telephone: (312) 332-5200
*Attorney for JENNIFER EXNER*

*/s/ Stephanie Adamo*
Jeffrey A. Soble
Stephanie Adamo
Elysia A. Lampert
FOLEY & LARDNER LLP
321 N Clark St, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4500

jsoble@foley.com
sadamo@foley.com
elampert@foley.com
*Attorneys for EAN HOLDINGS, LLC*

/s/ Robert J. Golden
Robert J. Golden
Marc Lauerman
GOLDEN LEGAL, LLC
105 West Madison St, Suite 700
Chicago, IL 60602
Telephone: (312) 316-6662
rgolden@golden-legal.com
mlauerman@golden-legal.com
*Attorneys for Maninderjit Lambu Singh and
Schneider National Carriers, INC.*

*/s/ John W. Gilligan*
John W. Gilligan
SCHWARTZ GILLIGAN, LTD.
120 LaSalle St., Suite 3400
Chicago, IL 60602
Telephone: (312) 419-1011
jgilligan@sg-law.com
*Attorney for Robert Ebel*

2