**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JENNIFER EXNER, individually, and as Administrator of the Estate of John Jay Exner, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 24-cv-03136 |
| v. | ) ) | Hon. Steven C. Seeger |
| ROBERT F. EBEL, MANINDERJIT LAMBU SINGH, SCHNEIDER NATIONAL CARRIERS, INC., & EAN HOLDINGS, LLC. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

This matter coming to be heard on EAN Holdings, LLC's ("EAN ") Motion for Good Faith Settlement Finding, due notice being given, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

(1) EAN's Motion for Good Faith Settlement Finding is GRANTED;

(2) The settlement between EAN and Plaintiff is reasonable and made in good faith, pursuant to the Illinois Joint Tortfeasors Contribution Act, 740 ILCS 100/2(c);

(3) EAN is discharged from any and all liability for contribution to any other Defendant or any other alleged tortfeasor, pursuant to the Illinois Joint Tortfeasors Contribution Act, 740 ILCS 100/2(d);

(4) Nonsettling Defendant, ROBERT F. EBEL, shall be entitled to a credit or setoff of $50,000 from any future combined judgment(s) entered in favor of Plaintiff JENNIFER EXNER,

Individually, and as administrator of the Estate of John Jay Exner, deceased, and against him, on Counts IV, VIII, and XII.

(5) This action continues with respect to all remaining Defendants and claims; and

(6) There is no just reason to delay enforcement of or appeal from this Order.

Date:   July 27, 2026

Steven C. Seeger
United States District Judge

2